```
                                                IN RE
                                                TERESA JEAN HOPE
                                                201 MILL CREEK CHURCH ROAD

    1401264-Court-A-U.S.                        ROSEBORO, NC 28382
    KEVIN J. KIERNAN                                       SSN or Tax I.D.   XXX-XX-0460
    SILVA, SWEET & KIERNAN, PLLC
    101 W. MAIN ST
    CLINTON, NC 28328




    U.S. Bankruptcy Court
    P.O. Box 791
    Raleigh, NC 27602
                                                     Chapter 13
                                                     Case Number:   14-01264-5-DMW
```

NOTICE OF AMENDED MOTION FOR CONFIRMATION OF PLAN

Joseph A. Bledsoe, III, Chapter 13 Trustee  has  filed  papers  with  the  Court to Confirm the Chapter 13 Plan.

<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the Motion For Confirmation Of Plan, or if you want the court to consider your views on the motion, then on or before 06/30/2014, you or your attorney must file with the court, pursuant to Local Rule  9013-1  and  9014-1, a written response, an answer explaining your position, and a request for hearing at:

```
                        U.S. Bankruptcy Court
                        PO Box 791
                        Raleigh, NC  27602
```

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to debtor(s), debtor(s) attorney and trustee at the following addessses:

| Debtor(s): | Attorney: | Trustee: |
|---|---|---|
| TERESA JEAN HOPE | KEVIN J. KIERNAN | Joseph A. Bledsoe, III |
| 201 MILL CREEK CHURCH ROAD | SILVA, SWEET & KIERNAN, PLLC | P.O. Box 1618 |
| ROSEBORO, NC 28382 | 101 W. MAIN ST | New Bern, NC 28563 |
| | CLINTON, NC 28328 | |

If a response and a request for hearing is filed in writing on or before the date set above, a hearing will be conducted  on  the motion at a date, time  and  place to  be later  set and all parties will be notified accordingly.

If you or your attorney do not take these steps, the court may  decide  that  you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: May 29, 2014                              Joseph A. Bledsoe, III
                                                Chapter 13 Trustee
                                                P.O. Box 1618
                                                New Bern, NC 28563

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
FAYETTEVILLE DIVISION

IN RE:  CASE NUMBER: 14-01264-5-DMW

**TERESA JEAN HOPE**

CHAPTER 13

DEBTOR(S)

AMENDED

MINUTES OF 341 MEETING AND
MOTION FOR CONFIRMATION OF PLAN

NOW COMES the Trustee in the above referenced Chapter 13 case moving the Court for an Order confirming the Plan in the case and, in support, of said Motion, says unto the court:

1. That the debtor(s) appeared at the meeting of creditors, as required by 11 U.S.C. § 341 and submitted to an examination under oath by the Trustee on April 22, 2014, or has supplied answers to written interrogatories;

2. The debtor(s) has/have complied with all requirements of 11 U.S.C §521 (a) (1) (B) and Interim Bankruptcy Rules 1007 and 4002 (b), as modified and adopted by this Court, and this case has not been dismissed, nor is it subject to dismissal, under 11 U.S.C. §521 (i);

3. That there are no pending objections to confirmation or other filings or pleadings that would impede the confirmation of the Plan in this case;

4. That the trustee has reviewed the schedules and relative information in the debtor(s) petition and has made a determination of the disposable income for the debtor(s) in this case. The calculation of disposable income impacts what, if any, dividend will be received by unsecured creditors. The debtor(s) plan provides for payments of:

    $659.00   for   36   Months
              for        Months
              for        Months
              for        Months

5. That the liens of creditors which will not be paid in full during the term of the Plan or which are to be paid directly by the debtor(s) are not affected by the confirmation of this plan;

6. Generally, and subject to orders entered hereafter by the Court, any proof of claim that is not filed on or before July 21, 2014 ("Bar Date") shall be disallowed. Claims of governmental units, proofs of which are not filed before September 1, 2014 ("Government Bar Date") shall be disallowed;

7. That the claims of secured creditors shall be paid as secured to the extent of the claim or to the extent of the value of the collateral as set out below:

a. Claims to be paid directly by the Debtor:

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| #023 Wells Fargo | '05 Ford F150 | Outside |
| #024 Wells Fargo | '05 Ford F150 arrears | -0- |

b. Continuing Long Term Debts to be paid by the Trustee:

**IF A PROOF OF CLAIM IS TIMELY FILED** the claim is to be paid on a monthly basis according to the terms of the contract effective the first month after confirmation. Arrearages, if any, are to be paid over the life of the plan. Two post-petition contractual payments shall be included in the administrative arrearage claim. **The Debtor is to resume direct payments upon completion of plan payments. (SEE PARAGRAPH 8 BELOW)**

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| #800 Bank of America | Residence | Contractual payment in the amount of $485.66 to be made by Trustee effective with the June 2014 payment |
| #801 Bank of America | Residence administrative arrearage claim | $971.32 to be paid over life of plan (April and May 2014 payments) |
| #802 Bank of America | Residence pre-petition arrears | $1,104.07 to be paid over life of plan<br>NO CLAIM FILED |

c. Claims paid to extent of claims as filed (no cramdown):

| Creditor | Collateral | Repayment Rate/Term |
|---|---|---|
| NONE | | |

d. Claims paid to extent of value:

| Creditor | Collateral | Present Value | Repayment Rate/Term |
|---|---|---|---|
| NONE | | | |

Pursuant to Local Rule 3070-1(b) some secured creditors may be entitled to pre-confirmation adequate protection payments.

8. **LONG TERM RESIDENTIAL MORTGAGE CLAIMS** shall be paid in a manner consistent with Local Rule 3070-2.

9. That the following creditors have filed secured proofs of claims but, due to the value placed on the collateral, the claims will be treated as unsecured and paid along with other unsecured claims. With respect to claims listed below for which the terms of repayment are listed as "Surrender," upon entry of an Order confirming the plan, as modified by this Motion, the automatic stay of §362(a) and the automatic co-debtor stay of §1301 shall thereupon be lifted and modified with respect to such property "for cause" under §362(a)(1), as allowed by Local Rule 4001-1(b).

    NONE

Reference herein to "Direct" or "Outside" or similar language regarding the payment of a claim under this plan means that the debtor(s) or a third party will make the post-petition payments in accordance with the contractual documents which govern the rights and responsibilities of the parties of the transaction, including any contractual modifications thereof, beginning with the first payment that comes due following the order for relief;

10. That the treatment of claims indicated in paragraphs 7 and 9 above, are based on information known to the Trustee at the time of the filing of this Motion. The treatment of some claims may differ from that indicated if subsequent timely filed claims require different treatment;

11. That the following executory contracts and unexpired leases shall be either assumed or rejected as indicated below:

Creditor                 Property Leased/Contracted For     Treatment

NONE

12. That priority claims shall be paid in full over the term of the Plan;

13. That confirmation of this Plan will be without prejudice to pending Motions For Relief From the Automatic Stay and will be without prejudice to objections to claims and avoidance actions;

14. That confirmation of the Plan vests all property of the estate in the debtor(s);

15. That the attorney for the debtor(s) is requesting fees in the amount of $3,700.00. The Trustee recommends to the Court a fee of $3,700.00. If the recommended fee is different from that requested an explanation can be found in Exhibit 'A'.

                                                s/ Joseph A. Bledsoe, III
                                                Joseph A. Bledsoe, III
                                                Standing Chapter 13 Trustee

**EXHIBIT 'A'**          **CASE NUMBER: 14-01264-5-DMW**

**DEBTORS:**    **TERESA JEAN HOPE**

### EMPLOYMENT:

Debtor:    KIVETT'S INC./MOTHER ASSISTANCE      GROSS INCOME:    $23,000.76

Spouse:

**Prior Bankruptcy cases:**    Yes ☐    No ☒    If so, Chapter ___ filed ___

Disposition:

**Real Property:** House and Lot ☐   Mobile home ☐   Lot/Land ☐   Mobile Home/Lot ☒

| | | | |
|---|---|---|---|
| Description: | RESIDENCE | | |
| FMV | $65,024.00 | Date Purchased | |
| Liens | $53,521.00 | Purchase Price | |
| Exemptions | $11,503.00 | Improvements | |
| Equity | $ 0.00 | Insured For | |
| Rent | $0.00 | Tax Value | |

### COMMENTS:

| | | | |
|---|---|---|---|
| **Attorney Fees:** | Requested: | $3,700.00 | (excluding filing fee) |
| | Paid: | $500.00 | (excluding filing fee) |
| | Balance: | $3,200.00 | |

**Trustee's Recommendation:**      $3,700.00

Comments:

### Plan Information:

| Plan Information: | | After 341 | | Payout % After 341 | |
|---|---|---|---|---|---|
| Total Debts | $87,843.04 | Pay in | $23,724.00 | Priority | 100.00% |
| Priority | $3,200.00 | Less 6.00% | $1,423.44 | Secured | 100.00% |
| Secured | $18,587.73 | Subtotal | $22,300.56 | Unsecured | 0.78% |
| Unsecured | $66,055.31 | Req. Atty. Fee | Incl. w/ claims | Joint | % |
| Joint Debts | | Available | $22,300.56 | Co-Debts | % |
| Co-Debtor | | | | | |

**Payroll Deduction:** Yes ☐    No ☒

Objection to Confirmation:    Yes ☐    No ☒

    Pending:    SEE COURT DOCKET
    Resolved:    SEE COURT DOCKET

**Motions Filed:**    Yes ☐    No ☒

    If so, indicate type and status:    SEE COURT DOCKET

Hearing Date:

| | | | |
|---|---|---|---|
| CASE: 1401264 | TRUSTEE: 2V | COURT: 278 | Page 1 of 2 |
| TASK: 05-28-2014.00443772.LSA001 | | DATED: 05/29/2014 | |

| | | | |
|---|---|---|---|
| Court | | Served Electronically | |
| Trustee | | Joseph A. Bledsoe, III | P.O. Box 1618<br>New Bern, NC 28563 |
| Debtor | | TERESA JEAN HOPE | 201 MILL CREEK CHURCH ROAD<br>ROSEBORO, NC 28382 |
| 799 | 000002 | KEVIN J. KIERNAN<br>101 W. MAIN ST | SILVA, SWEET & KIERNAN, PLLC<br>CLINTON, NC 28328 |
| 021 | 000027 | SUNRISE CREDIT SERVICES INC | PO BOX 9100<br>FARMINGDALE, NY 11735-9100 |
| 015 | 000021 | PENN CREDIT CORP | PO BOX 988<br>HARRISBURG, PA 17108-0000 |
| 012 | 000008 | INTERNAL REVENUE SERVICE | PO BOX 7346<br>PHILADELPHIA, PA 19101 |
| 009 | 000018 | FIRST POINT COLLECTION RESOURCE | PO BOX 26140<br>GREENSBORO, NC 27402 |
| 005 | 000014 | CAROLINA KIDNEY & ENDOCRINE CT | 2809 MCLAMB PLAC<br>GOLDSBORO, NC 27534 |
| 001 | 000010 | ABSOLUTE COLLECTIONS<br>SUITE 600 | 421 FAYETTEVILLE ST<br>RALEIGH, NC 27601 |
| 017 | 000023 | REVENUE CYCLE SOLUTIONS<br>SUITE 600 | 421 FAYETTEVILLE ST<br>RALEIGH, NC 27601 |
| 010 | 000019 | HATCH, LITTLE & BUNN, LLP<br>PO BOX 527 | 327 HILLSBOROUGH ST<br>RALEIGH, NC 27602 |
| 014 | 000009 | NC DEPT OF REVENUE | P O BOX 1168<br>RALEIGH, NC 27602-1168 |
| 004 | 000013 | ASSOCIATED UROLOGIST OF NC, PA<br>SUITE 110 | 2801 BLUE RIDGE RD<br>RALEIGH, NC 27607-6474 |
| 008 | 000017 | FIRST CITIZENS BANK & TRUST<br>PO BOX 25187 | ATTN MR. J BARRY DUMSER<br>RALEIGH, NC 27611-5187 |
| 022 | 000028 | WAKEMED | PO BOX 29516<br>RALEIGH, NC 27626 |
| 019 | 000025 | SCA COLLECTION, INC | PO BOX 876<br>GREENVILLE, NC 27835 |
| 026 | 000031 | MATTHEW ZACHARY PHELAN<br>10130 PERIMETER PKWY, SUITE 400 | SHAPIRO & INGLE, L.L.P.<br>CHARLOTTE, NC 28216 |
| 020 | 000026 | STERN & ASSOCIATES<br>PO BOX 63114 | MANAGING AGENT<br>CHARLOTTE, NC 28263-3114 |
| 018 | 000024 | SAMPSON REGIONAL MED CTR | PO DRAWER 260<br>CLINTON, NC 28329 |
| 007 | 000016 | CLINTON X-RAY ASSOCIATES PA | PO BOX 619<br>CLINTON, NC 28329-0619 |
| 013 | 000030 | JEAN HOPE | 201 MILL CREEK CHURCH RD<br>ROSEBORO, NC 28382 |
| 002 | 000011 | AMERICAN ANESTHESIOLOGY | PO BOX 535389<br>ATLANTA, GA 30353-5389 |
| 016 | 000022 | PUBLISHERS CLEARING HOUSE | PO BOX 4002936<br>DES MOINES, IA 50340 |
| 011 | 000020 | IC SYSTEMS | PO BOX 64378<br>SAINT PAUL, MN 55164-4378 |

| CASE: 1401264 | TRUSTEE: 2V | COURT: 278 | | Page 2 of 2 |
|---|---|---|---|---|
| TASK: 05-28-2014.00443772.LSA001 | | DATED: 05/29/2014 | | |

| | | | | |
|---|---|---|---|---|
| 006 | 000015 | CITI CARD | PO BOX 6062 | |
| | | | SIOUX FALLS, SD 57117-6062 | |
| 003 | 000012 | AMERICAN CORADIAS INTERNATIONAL LLC | 35A RUST LANE | |
| | | | BOERNE, TX 78006 | |
| 023 | 000006 | WELLS FARGO BANK N.A. | P.O. BOX 19657 | |
| | | | IRVINE, CA 92623-9657 | |
| 024 | 000007 | WELLS FARGO BANK N.A. | P.O. BOX 19657 | |
| | | | IRVINE, CA 92623-9657 | |
| 025 | 000029 | WELLS FARGO DEALER SERVICES | PO BOX 25341 | |
| | | | SANTA ANA, CA 92799-5341 | |
| 800 | 000003 *CM | BANK OF AMERICA | PO BOX 5170 SIMI VALLEY, CA 93062-5170 | |
| 801 | 000004 *CM | BANK OF AMERICA | PO BOX 5170 SIMI VALLEY, CA 93062-5170 | |
| 802 | 000005 *CM | BANK OF AMERICA | PO BOX 5170 SIMI VALLEY, CA 93062-5170 | |

33 NOTICES

THE ABOVE REFERENCED NOTICE WAS MAILED TO EACH OF THE ABOVE ON  05/29/2014.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON   05/29/2014    BY  /S/EPIQ Systems, Inc.

*CM - Indicates notice served via Certified Mail