B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF NORTH CAROLINA

In re TERESA JEAN HOPE                                          Case No. 14-01264

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus | Bank of America, N.A. |
|---|---|
| **Name of Transferee** | **Name of Transferor** |

**Name and Address where notices to transferee should be sent:**
Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
PO Box 2008
Grand Rapids, MI 49501-2008

Phone: _____
Last Four Digits of Acct #: XXXX2737

**Court Claim # (if known):** 4
**Amount of Claim:** 54,180.23
**Date Claim Filed:** 06/23/2014

Phone: _____
Last Four Digits of Acct #:

**Name and Address where transferee payments should be sent (if different from above):**
Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.
PO Box 2206
Grand Rapids, MI 49501-2206

Phone: _____
Last Four Digits of Acct #: XXXX2737

I declare under penalty of perjury that the information provided in this notice is true and correct to the best upon my knowledge and belief.

By: _/s/ Eric Sheidlower_
Eric Sheidlower
Transferee/Transferee's Agent
Rosicki, Rosicki & Associates, P.C.
51 E. Bethpage Rd. Plainview, NY 11803

Date: May 19, 2015

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Transfer of Claim has been served via Electronic Case Filing on the following parties:

Kevin J. Kiernan, Esq.
Debtor(s) Attorney

Joseph A. Bledsoe, III Esq
Chapter 13 Trustee


May 22, 2015

Eric Sheidlower