**SO ORDERED.**

**SIGNED this 31 day of May, 2017.**

_____
**Joseph N. Callaway
United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## FAYETTEVILLE DIVISION

IN RE:                                                                CASE NO: 14-01264-5-JNC
                                                                      CHAPTER 13
**TERESA JEAN HOPE**

      **DEBTOR**

### CONSENT ORDER MODIFYING CHAPTER 13 PLAN

THIS MATTER coming on to be heard upon the consent of the parties as evidenced below for the modification of the Debtors' Chapter 13 Plan; now therefore,

THE COURT FINDS that this matter was properly brought before this Court in accordance with Section 1329 of the Bankruptcy Code, and that, since the proposed plan modification set forth in this Order does not adversely affect any of the creditors which have filed a claim in this case, notice to creditors of this modification is unnecessary; and

THE COURT FURTHER FINDS that, subject to the approval of this Court, the Chapter 13 Trustee and the Debtor, by and through counsel, as evidenced by the undersigned signatures, have agreed upon the terms of a plan modification.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Debtors' Chapter 13 Plan is modified as follows:

From:  $659.00 per month for a period of 36 months

To:    $659.00 per month for a period of 39 months

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the plan, as so modified, shall henceforth constitute the Chapter 13 Plan in this case.

We consent to the entry of this order:

_____
Kevin J. Kiernan, Attorney for Debtor


S/Joseph A. Bledsoe, III
_____
Joseph A. Bledsoe, III, Chapter 13 Trustee

**"End of Document"**